# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2168
LT Case No. 2021-CF-3315-A

_____

CHRISTOPHER MERKLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Paula C. Coffman, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____